IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Houston, Denise L | Case Number: 07 B 21251 |
| | Judge: Hollis, Pamela S |
| Printed: 6/24/08 | Filed: 11/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed:  March 3, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,900.00 | |
| Secured: | | 464.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 26.57 |
| Other Funds: | | 1,409.43 |
| Totals: | 1,900.00 | 1,900.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | Bluegreen | Secured | 0.00 | 0.00 |
| 4. | National City Bank | Secured | 0.00 | 0.00 |
| 5. | Wells Fargo Auto Finance | Secured | 0.00 | 350.00 |
| 6. | City Of Chicago | Secured | 347.55 | 18.00 |
| 7. | American General Finance | Secured | 1,761.73 | 96.00 |
| 8. | National City Bank | Secured | 2,460.85 | 0.00 |
| 9. | HomEq Servicing Corp | Secured | 27,095.52 | 0.00 |
| 10. | America's Servicing Co | Secured | 8,119.05 | 0.00 |
| 11. | Village of Homewood | Priority | 684.73 | 0.00 |
| 12. | World Financial Network Nat'l | Unsecured | 92.08 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 242.29 | 0.00 |
| 14. | Sallie Mae | Unsecured | 4,168.74 | 0.00 |
| 15. | Wells Fargo Auto Finance | Unsecured | 0.00 | 0.00 |
| 16. | American Loans LLC | Unsecured | 111.64 | 0.00 |
| 17. | Sprint Nextel | Unsecured | 108.49 | 0.00 |
| 18. | Nicor Gas | Unsecured | 46.41 | 0.00 |
| 19. | Seventh Avenue | Unsecured | 142.16 | 0.00 |
| 20. | Peoples Energy Corp | Unsecured | 24.83 | 0.00 |
| 21. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 22. | Comcast | Unsecured | | No Claim Filed |
| 23. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 24. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 25. | Greater Illinois Title Co | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Houston, Denise L | Case Number: 07 B 21251 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 6/24/08 | Filed: 11/13/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Joliet Credit Union | Unsecured | | No Claim Filed |
| 27. | Nelnet | Unsecured | | No Claim Filed |
| 28. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 29. | AT&T Wireless | Unsecured | | No Claim Filed |
| 30. | Nelnet | Unsecured | | No Claim Filed |
| 31. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 32. | Nicor Gas | Unsecured | | No Claim Filed |
| 33. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 34. | Washington Mutual Finance | Unsecured | | No Claim Filed |
| 35. | Washington Mutual Providian | Unsecured | | No Claim Filed |
| 36. | Homewood School District 153 | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 45,406.07 | $ 464.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 26.15 |
| 6.5% | 0.42 |
| | _____ |
| | $ 26.57 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____